**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar #207387
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Decker@luch.com

JS 6

Counsel for Plaintiffs, Trustees of the Operating
Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST AND TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>AUGUST CONSTRUCTION, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 08-3189 DSF (MANx)<br><br>**JUDGMENT** |

This action having been commenced on May 14, 2008, and the Court having approved the stipulation of the parties for entry of judgment against defendant August Construction, Inc., and for good cause shown,

///
///
///
///

-1-
**JUDGMENT**

1 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
2 plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating
3 Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-
4 Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall
5 recover from defendant August Construction, Inc., a California corporation, the
6 principal amount of $321,402.27, plus post judgment interest.

8   8/23/11
9 DATED: _____       *Dale S. Fischer*
                            UNITED STATES DISTRICT JUDGE